IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

KATHERINE ORTIZ, as Independent
Administrator to Collect for the ESTATE OF
DAVID MALDONADO, JR.,

    Plaintiff,

vs.

WEXFORD HEALTH SOURCES, INC. and
DR. KURT OSMUNDSON,

    Defendants.

Case No. 24-cv-1387

## AGREED PROTECTIVE ORDER

This Court hereby finds and orders as follows:

    1.    The purpose of the Protective Order is to set forth the understandings, terms and conditions of the release of certain pathology slides in the possession of The McLean County Coroner's Office, held under the authority of the Logan County Coroner.

    2.    The McLean County Coroner's Office (under authority of the Logan County Coroner) possesses original pathology slides relating to the autopsy of David Maldonado from October 10, 2023.

    3.    In the interest of furthering the litigation, the parties to this lawsuit may need to obtain possession of those original pathology slides and/or recuts for review by consultants of their choice.

    4.    Unless the parties agree otherwise in writing, The McLean County Coroner's Office is directed to provide to the attorney for any party the original slides and/or recuts after a written request has been made for the production of those slides.  The possession of the slides will be transferred from The McLean County Coroner's Office to the counsel for the party

requesting possession of the slides. A written chain of custody document shall accompany the transfer of the slides.

5. Counsel for the party which assumes possession of the slides accepts full and complete custody, care and responsibility for the sides until they are returned to The McLean County Coroner's Office (to be held under the authority of Logan County Coroner), if required.

6. While in the possession of any party, the slides shall not be altered or modified in any way such as staining or any further testing other than a non-altering visual inspection.

7. A party requesting possession of the original slides from The McLean County Coroner's Office shall have possession of those slides for a period of time no greater than 60 days unless otherwise agreed to in writing by all parties. Upon the completion of review of the slides by the party requesting possession of the slides, they shall be returned to The McLean County Coroner's Office (to be held under the authority of Logan County Coroner), if required.

Date: 9/15/2025

s/ Ronald L. Hanna
U.S. Magistrate Judge

Agreed:

/s/ *Louis Meyer*
Louis Meyer, Counsel for Plaintiff

/s/ *Peter R. Jennetten*
Peter Jennetten, Counsel for Defendants
Wexford Health Sources, Inc. and Kurt
Osmundson, D.O.

4936-8928-7517, v. 2